167 F.3d 542
 Janet Jackson, Delois Evans
v.
Motel 6 Multipurpose, Inc., Motel 6 G.P., Inc., Motel 6
Operating L.P., IBL Limited, Inc., d/b/a Motel 6, Accor
S.A.; Mario Pettaccia, Brenda Hatcher, Tanya Charles,
Chervon Screen, Jennifer Bethel, James Sterns, Pitrell
Lambert-Brown, Karl Baldwin, Marcian Killsnight v. Motel 6
G.P., Inc., Motel 6 Operating L.P., d/b/a Motel 6
 NOS. 97-2360, 96-115
 United States Court of Appeals,
Eleventh Circuit.
 September 22, 1998
 M.D.Fla., 130 F.3d 999
 
 1
 DENIALS OF REHEARING EN BANC.